3/16/05

CLERK OF THE COURT,

MY NAME IS LILY JACKSON,

FILED
MAR 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I FILED A CIVIL SUIT NO. 05-054-JJF, I AM SUPPOSED TO PAY 8$ A MONTH, I CANNOT AFFORD THAT, BECAUSE I HAVE TO BUY HYGIENE PRODUCT'S TO TAKE CARE OF MY-SELF? HAIR CARE PRODUCTS, BECAUSE I AM AN AFRICAN AMERICAN FEMALE, I NEED MORE PRODUCTS THE OTHERS. I CAN AFFORD 3$ A MONTH. AND SOME MONTHS I DO NOT GET MONEY.

THANK YOU,

Lily Jackson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LILY JACKSON,                          )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )  Civ. No. 05-054-JJF
                                       )
STAN TAYLOR, PAUL HOWARD,              )
PATRICK RYAN, COLLEEN                  )
SHOTZBERGER, and VALERIE               )
SNEAD,                                 )
                                       )
          Defendants.                  )

FILED

MAR 2 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Lily Jackson, request and authorize the agency holding me
in custody to disburse to the Clerk of the Court the initial
partial filing fee of $8.00 and the subsequent payments pursuant
to 28 U.S.C. § 1915(b) and required by the Court's order dated
_____, 2005.

This authorization is furnished in connection with the
filing of a civil action, and I understand that the filing fee
for the complaint is $150.00.  I also understand that the entire
filing fee may be deducted from my trust account regardless of
the outcome of my civil action.  This authorization shall apply
to any other agency into whose custody I may be transferred.

Date: _____, 2005.

_____
Lily Jackson