IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LILY JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-054-JJF |
| | ) |
| STAN TAYLOR, PAUL HOWARD, | ) |
| PATRICK RYAN, COLLEEN | ) |
| SHOTZBERGER, and VALERIE | ) |
| SNEAD, | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING MOTION FOR RECONSIDERATION**

WHEREAS, the plaintiff, Lily Jackson, SBI #282207 is a prisoner incarcerated at the Baylor Women's Correctional Institution in New Castle, Delaware, and on February 1, 2005, the plaintiff filed a complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of her trust account statement;

WHEREAS, on February 15, 2005, this Court granted the plaintiff leave to proceed in forma pauperis, assessed an initial partial filing fee of $8.00 and ordered her to file an authorization form within thirty (30) days from the date the order was sent, or the case would be dismissed (D.I. 6);

WHEREAS, on March 21, 2005, the Court received the plaintiff's letter motion for reconsideration stating that she cannot afford to pay $8.00 per month because she has to purchase hygiene products from the commissary (D.I. 7);

WHEREAS, the Court calculated the plaintiff's initial partial filing fee in accordance with 28 U.S.C. § 1915(b)(1);

THEREFORE, at Wilmington this 18 day of April, 2005, IT IS ORDERED that the plaintiff's request is DENIED. The plaintiff shall file the authorization form within thirty (30) days from the date this order is sent. If the plaintiff fails to file the authorization form in the time provided, the Court shall dismiss the action without prejudice.

_____
United States District Judge