IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| LILY JACKSON, Plaintiff, v. STAN TAYLOR, PAUL HOWARD, PATRICK RYAN, COLLEEN SHOTZBERGER, and VALERIE SNEAD, Defendants. | )))))) Civ. No. 05-054-JJF)))))))) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 18, 2005, this Court entered an order denying the plaintiff's motion for reconsideration and requiring the plaintiff to complete and return an authorization form (D.I. 8);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, on May 8, 2005, the plaintiff paid the initial partial filing fee of $8.00;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this ___1___ day of _____June_____, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any remaining balance on the previously assessed $250 filing fee.

_____
United States District Judge